$15,000.00 PRB; CO-SIGNED BY 3 FRP'S WHO MUST EXECUTE THE BOND BEFORE THE C.O.B. ON 2/21/06; SECURED BY $10,000.00 CASH OR PROPERTY TO BE DEPOSITED WITH THE CLERK OF THE COURT BEFORE THE C.O.B. ON 2/21/06; TRAVEL LIMITS INCLUDE THE SDNY & EDNY AND EXTENDED TO THE STATE OF VA, SDFL AND SUCH FOREIGN DESTINATIONS AS REQUIRED FOR WORK. IN THIS REGARD THE PRE-TRIAL SERVICES OFFICE MUST RECEIVE TWO WEEKS NOTICE PRIOR TO ANY TRAVEL OUTSIDE THE U.S.; STRICT PRE-TRIAL SUPERVISION INCLUDING DRUG TESTING AND TREATMENT. 2/14/06 **BAIL MODIFIED BY USDJ KARAS**: $500,000.00 PRB TO BE CO-SIGNED BY 6 FRP'S (AT LEAST 5 OF WHOM WHO ARE FAMILY MEMBERS); SECURED BY $100,000 IN CASH OR PROPERTY, TO INCLUDE THE HOME OF THE DEFENDANTS BROTHER WHO IS A U.S. MARSHAL; $10,000 CASH; SURRENDER TO THE GOVERNMENT HIS 1976 GOLD OLYMPIC MEDAL; 2 WEEKS PRIOR NOTIFICATION TO PTS IF PLANNED BUSINESS TRIPS AND PROVIDE EVENT INFORMATION AND CONTACT INFORMATION TO PTS AT THAT TIME; NOTIFICATION IS TO TO BE GIVEN TO PRE-TRIAL WITHIN 24 HOURS OF RETURN FROM ANY PRE-APPROVED FOREIGN TRIPS; SURRENDER OF PASSPORT& PTS BETWEEN APPROVED TRIPS; STRICT PTS SUPERVISION SUBJECT TO DRUG TESTING & TREATMENT. TRAVEL IS RESTRICTED TO THE EDNY, SDNY, EDVA, & THE SDFLA. SATISFACTION OF THE FOLLOWING CONDITIONS PRIOR TO TRAVELING TO ENGLAND. POSTING OF $10,000.00 CASH & BROTHERS HOME; SURRENDER OF GOLD MEDAL & 3 CO-SIGNERS SIGNATURES

---

AO 98 (Rev. 6/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **APPEARANCE BOND** |
|---|---|
| V. | CASE NUMBER |
| STEVEN EARL RIDDICK | 05 CR 1067 KMK |
| Defendant | U. S. DISTRICT COURT - DE |
| | MISC. CASE # 06-42 |

Non-surety:   I, the undersigned defendant acknowledge that I and my...
Surety:   We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 500,000 , and there has been deposited in the Registry of the Court the sum of

$ 100,000.00   in cash or   SURRENDER TO THE GOVERNMENT 1976 GOLD OLYMPIC MEDAL & BROTHERS HOME
Describe other security

The conditions of this bond are that the defendant   STEVEN EARL RIDDICK
Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   February 14, 2006   at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
Date

Defendant [signature]   Address
STEVEN EARL RIDDICK

Surety _____   Address [signature]

Surety X _____   Address
Charlotte Riddick

Signed and acknowledged before me on   February 14, 2006   [signature]
Date

Approved: _____
Judicial Officer

AUSA: E. DANYA PERRY  by W.S. Wilson Leung

CASE NUMBER **05 CR 1067**
DEFENDANT **Steven Riddick (K)**

AS TO CO-SIGNERS:

| SIGN: | ADDRESS: |
|---|---|
| PRINT: Carlton Riddick | |

| SIGN: *[signature]* | ADDRESS: Milford DE 19963 |
|---|---|
| PRINT: Larry Riddick | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

SIGNED AND ACKNOWLEDGED BEFORE ME ON THIS **23** DAY OF **Feb** 20 **06**

DATE: **2/23/06**

X_____
AUSA

BY ORDER OF THIS COURT
X *[signature]*
DEPUTY CLERK  3-9-06

$15,000.00 PRB; CO-SIGNED BY 3 FRP'S WHO MUST EXECUTE THE BOND BEFORE THE C.O.B. ON 2/21/06; SECURED BY $10,000.00 CASH OR PROPERTY TO BE DEPOSITED WITH THE CLERK OF THE COURT BEFORE THE C.O.B. ON 2/21/06; TRAVEL LIMITS INCLUDE THE SDNY & EDNY AND EXTENDED TO THE STATE OF VA, SDFL AND SUCH FOREIGN DESTINATIONS AS REQUIRED FOR WORK. IN THIS REGARD THE PRE-TRIAL SERVICES OFFICE MUST RECEIVE TWO WEEKS NOTICE PRIOR TO ANY TRAVEL OUTSIDE THE U.S.; STRICT PRE-TRIAL SUPERVISION INCLUDING DRUG TESTING AND TREATMENT. 2/14/06 BAIL MODIFIED BY USDJ KARAS: $500,000.00 PRB TO BE CO-SIGNED BY 6 FRP'S (AT LEAST 5 OF WHOM WHO ARE FAMILY MEMBERS); SECURED BY $100,000 IN CASH OR PROPERTY, TO INCLUDE THE HOME OF THE DEFENDANTS BROTHER WHO IS A U.S. MARSHAL; $10,000 CASH; SURRENDER TO THE GOVERNMENT HIS 1976 GOLD OLYMPIC MEDAL; 2 WEEKS PRIOR NOTIFICATION TO PTS IF PLANNED BUSINESS TRIPS AND PROVIDE EVENT INFORMATION AND CONTACT INFORMATION TO PTS AT THAT TIME; NOTIFICATION IS TO TO BE GIVEN TO PRE-TRIAL WITHIN 24 HOURS OF RETURN FROM ANY PRE-APPROVED FOREIGN TRIPS; SURRENDER OF PASSPORT& PTS BETWEEN APPROVED TRIPS; STRICT PTS SUPERVISION SUBJECT TO DRUG TESTING & TREATMENT. TRAVEL IS RESTRICTED TO THE EDNY, SDNY, EDVA, & THE SDFLA. SATISFACTION OF THE FOLLOWING CONDITIONS PRIOR TO TRAVELING TO ENGLAND. POSTING OF $10,000.00 CASH & BROTHERS HOME; SURRENDER OF GOLD MEDAL & 3 CO-SIGNERS SIGNATURES

AO 98 (Rev 5/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | APPEARANCE BOND |
| V. | CASE NUMBER |
| STEVEN EARL RIDDICK | 05 CR 1067 KMK |
| Defendant | |

Non-surety:   I, the undersigned defendant acknowledge that I and my...
Surety:   We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$   500,000   , and there has been deposited in the Registry of the Court the sum of

$   100,000.00   in cash or   SURRENDER TO THE GOVERNMENT 1976 GOLD OLYMPIC MEDAL & BROTHERS HOME
Describe other security

The conditions of this bond are that the defendant   STEVEN EARL RIDDICK
Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   February 14, 2006   at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
Date

Defendant _____   Address _____
STEVEN EARL RIDDICK

Surety _____   Address _____

Surety   Charlotte Riddick   Address _____

Signed and acknowledged before me on   February 14, 2006
Date

_____
Judicial Officer/Clerk

Approved: _____
Judicial Officer

AUSA: E. DANYA PERRY by W.S. Wilson Leung

TOTAL P.04

CASE NUMBER 05 CR 1067
DEFENDANT Steven Riddick (K)

AS TO CO-SIGNERS:

| SIGN: Carlton Riddick | ADDRESS: Hampton VA 23661 |
|---|---|
| PRINT: Carlton Riddick | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

SIGNED AND ACKNOWLEDGED BEFORE ME ON THIS 23 DAY OF Feb 20 06

DATE: 2/23/06

BY ORDER OF THIS COURT

X_____   X_____
        AUSA                         DEPUTY CLERK

MAR-09-2006 12:54   US DISTRICT COURT   212 805 4068   P.04






# FaxTransmission

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

| | | | |
|---|---|---|---|
| **To:** | DONNA | **Date:** | 3/9/06 |
| **Fax #:** | 302 573-6451 | **Pages:** | 8, including this cover sheet. |
| **From:** | VINNY BABINO<br>ARRAIGNMENT SECTION | | |
| **Subject:** | A CO-SIGNER IS COMING TO YOUR DISTRICT TO SIGN OUR BOND | | |

COMMENTS:

Hello Donna, A co-signer ( Larry Riddick ) is coming in this afternoon to sign this bond. Please read all the bail conditions to him and swear him to the bond. Please also copy his photo ID and faxed me back a set of signed copies before mailing the originals to the above address. Thanks for your help Vinny

# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

(From the Desk of Marlene Warrant)

# facsimile
## TRANSMITTAL

**to:** Vinny Babino - Arraignment Section

**fax #:** 212-805-4060

**re:** **RIDDICK BOND PAPERS**

**date:** 3/9/2006

**pages:** 9 pages, including this cover sheet.

## message:

Vinny,

Attached please find the following item(s):

- Appearance Bond signed by Larry Riddick.

If you should need additional information, I can be reached at 302-573-6139. Thank you!

Marlene

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 2500
CONNECTION TEL                      912128054060
CONNECTION ID
ST. TIME                 03/09 14:34
USAGE T                  02'31
PGS. SENT                    9
RESULT                   OK
```

# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

(From the Desk of Marlene Warrant)

## facsimile
## TRANSMITTAL

**to:** Vinny Babino - Arraignment Section
**fax #:** 212-805-4060
**re:** **RIDDICK BOND PAPERS**
**date:** 3/9/2006
**pages:** 9 pages, including this cover sheet.

## message:

Vinny,

Attached please find the following item(s):

**Southern District of New York (Foley Square)**
**CRIMINAL DOCKET FOR CASE #: 1:05-cr-01067-KMK-10**

Case title: USA v. Shyne et al                                         Date Filed: 11/10/2005

Assigned to: Judge Kenneth M. Karas

**Defendant**

**Steven Riddick** (10)

| **Pending Counts** | **Disposition** |
|---|---|
| BANK FRAUD (18USC1349: BANK FRAUD CONSPIRACY) (1) | |
| BANK FRAUD (4) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by **E. Danya Perry**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
212-637-2434
Fax: 212-637-2387
Email: danya.perry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2006 | 38 | (S2) SUPERSEDING INDICTMENT FILED as to Douglas Shyne (1) count(s) 1ss, 2ss, 4ss-9ss, 10ss-11ss, Natasha Singh (2) count(s) 1ss, 2ss-8ss, 10ss-11ss, 13ss, Christine Richardson (3) count(s) 1ss, 2ss, 4ss-5ss, 7ss-8ss, 10ss-11ss, Nathaniel Shyne (4) count |

| | | |
|---|---|---|
| | | (s) 1ss, 7ss-8ss, 11ss, Toybe Bennett (5) count(s) 1ss, 2ss, 10ss, 12ss, Roberto Montgomery (6) count(s) 1s, 4s, 12s, Ephraim Richardson (7) count(s) 1, 4-5, Naresh Pitambar (8) count(s) 1, 4, Jason Watler (9) count(s) 1, 4-5, Steven Riddick (10) count(s) 1, 4, Nathaniel Alexander (11) count(s) 1, 5. (jm, ) (Entered: 02/09/2006) |
| 02/14/2006 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox :Initial Appearance as to Steven Riddick held on 2/14/2006. Deft present with atty Curtis Farber. AUSA Danya Perry present. $15,000 PRB, 3 FRP who must execute the bond on or before COB 2/21/06. $10,000 Cash or Property to be deposited with the clerk of Ct on or before C.O.B., 2/21/06, Travel restricted to SDNY/EDNY/State of VA, SDFL and to such foreign destination as required for work, in this regard the Pretrial Services office must receive two weeks prior notice of any travel outside US, Strict pretrial, Drug testing/treatment. Next PTC set for 4/28/06 at 11:30am before Judge Karas. (jw, ) (Entered: 02/17/2006) |
| 02/14/2006 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox :Arraignment as to Steven Riddick (10) Count 1,4 held on 2/14/2006. Defendant present with counsel Curtis Farber. AUSA Danya Perry present. Deft arraigned and enters a plea of not guilty as charged. Conference before Judge Karas April 18, 2006 at 11:30am. Released on bail. (jw, ) (Entered: 02/17/2006) |
| 02/14/2006 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox : Plea entered by Steven Riddick (10) Count 1,4 Not Guilty. (jw, ) (Entered: 02/17/2006) |
| 02/14/2006 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox : as to Steven Riddick; Pretrial Conference set for 4/18/2006 11:30 AM before Judge Kenneth M. Karas. (jw, ) (Entered: 02/17/2006) |
| 02/14/2006 | 58 | ADVICE OF PENALTIES AND SANCTIONS as to Steven Riddick. (pr, ) (Entered: 02/24/2006) |
| 02/23/2006 | 56 | Rule 5(c)(3) Documents Received as to Steven Riddick from the U.S.D.C. Western District of Arkansas. Documents Received: Indictment, Warrant for Arrest, Clerk's Minutes, Bond, Order Setting Conditions of Release, Commitment to Another District. (jw, ) (Entered: 02/23/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/09/2006 13:20:27 | | | |
| PACER Login: | ud0037 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cr-01067-KMK |
| Billable Pages: | 2 | Cost: | 0.16 |